In the Matter of H. P. Hood & Sons, Inc., Appellant, against C. Chester Du Mond, as Commissioner of Agriculture and Markets of the State of New York, Respondent.

Submitted July 19, 1949; decided July 19, 1949.

Motion to amend remittitur granted to the extent that the return of the remittitur to this court is requested, and motion for reargument granted. Case set down for reargument during the October, 1949, session. [See 297 N. Y. 209.]